IN THE UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 10-50002-L2-13 |
| ISRAEL ESCMAILLA | § | |
| MARGARITA ESCAMILLA | § | |
| | § | |
| Debtors | § | CHAPTER 13 |

## NOTICE OF CONVERSION TO CASE UNDER CHAPTER 7

ISRAEL ESCAMILLA and MARGARITA ESCAMILLA, Debtors, hereby give notice pursuant to 11 U.S.C. Section 1307 (a) that they hereby convert this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Dated: December 6, 2013

/s/Fernando D. Gutierrez, Jr.
Fernando D. Gutierrez, Jr.
SBOT # 08641300/Federal Id# 5241
604 Matamoros Street
Laredo, TX 78040
Telephone (956)726-0041
Facsimile (956)726-3025

## CERTIFICATE OF SERVICE

I, Fernando D. Gutierrez, Jr., hereby certify that a true and correct copy of the foregoing Notice of Conversion to Case under Chapter 7, was served on all parties on the attached mailing matrix and also to the parties listed below this 6th day of December, 2013.

By:/s/Fernando D. Gutierrez, Jr.
Fernando D. Gutierrez, Jr.

**DEBTORS:**
Israel Escamilla
Margarita Escamilla
3610 Sereno Lane
Laredo, Texas 78046

**CHAPTER 13 TRUSTEE**:
William E. Heitkamp
9821 Katy Freeway, Ste. 590
Houston, TX  77024

**CHAPTER 7 TRUSTEE**:
Lisa J. Nichols
400 South Padre Island Dr., Suite #102
Corpus Christi, TX  78405

**U.S. TRUSTEE**:
515 Rusk, Ste. 3516
Houston, TX 77002

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-5<br>Case 10-50002<br>Southern District of Texas<br>Laredo<br>Fri Dec  6 10:06:08 CST 2013 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>GREENVILLE, SC 29602-0288 | Recovery Management Systems Corporation<br>Authorized agent for GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 |
| c/o Richard E. Haynes, II RJH, Inc.<br>6909 Springfield, Suite 200<br>Laredo, TX 78041-2325 | 5<br>United States Bankruptcy Court<br>1300 Victoria Street<br>Laredo, TX 78040-5019 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Afni, Inc.<br>Attn: DP Recovery Support<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | American Collections<br>919 Estes Ct<br>Schaumburg, IL 60193-4436 | Ballys<br>8700 West Bryn Mawr<br>Chicago, IL 60631-3552 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Collection Company Of<br>700 Longwater Dr<br>Norwell, MA 02061-1796 | Cook County Municipal Court<br>2452 W. Belmont Ave.<br>Chicago, IL 60618-5925 |
| Great American Finance<br>205 W Wacker Dr<br>Chicago, IL 60606-1211 | Home Comings Financial<br>Attention:  Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034-3204 | Hsbc Best Buy<br>Attn: Bankruptcy<br>P.O. Box 6985<br>Bridge Water, NJ 08807-0985 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Illinoise Department of Revenue<br>100 W. Randolph St. Ste 6-600<br>Chicago, IL 60601-3229 |
| Law Office of Fernando D. Gutierrez Jr.<br>604 Matamoros<br>Laredo, TX 78040-5120 | Med Busi Bur<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1349 | NCO Financial Systems<br>507 Prudential Rd<br>Horsham, PA 19044-2368 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 | RJH, INC. DBA RUIZ HOMES, INC.<br>c/o RICHARD E. HAYNES, II<br>6909 SPRINGFIELD AVE., STE. 200<br>LAREDO, TEXAS 78041-2325 | Recio Auto Sales<br>102 N. Zapata Hwy<br>Laredo, Texas 78043-4457 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rjh Inc<br>6999 McPherson Ave. 105<br>P.O. Box 451409<br>Laredo, Texas 78045-0034 | Rjh Inc<br>6999 McPherson Ave. Ste.105<br>P.O. Box 451409<br>Laredo, Texas 78045-0034 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | eCAST Settlement Corporation, assignee<br>of GE Money Bank<br>POB 35480<br>Newark, NJ 07193-5480 |

```
Fernando D Gutierrez Jr            Israel Escamilla              Margarita Escamilla
Attorney at Law                    3610 Sereno Lane              3610 Sereno Lane
604 Matamoros St                   Laredo, TX 78046-5207         Laredo, TX 78046-5207
Laredo, TX 78040-5120


William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024-1294
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Citibank Usa                       INTERNAL REVENUE SERVICE (Chapter 13 Notice)
Attn.: Centralized Bankruptcy      P O Box 21126
PO Box 20507                       Philadelphia PA 19114-1294
Kansas City, MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)East Bay Funding, LLC           End of Label Matrix
c/o Resurgent Capital Services     Mailable recipients    33
PO Box 288                         Bypassed recipients     1
Greenville, SC 29602-0288          Total                  34
```